

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2014

No. 04-14-00247-CV

**IN RE** Jerry Alex **CORONA** and Sonia Luna Corona

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Marialyn Barnard, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

On April 10, 2014, relators filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition in this court no later than May 14, 2014.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on April 16th, 2014.

PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2011-CI-08286, styled *Alice Heugel v. Jerry Alex Corona and Sonia Luna Corona*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.